In the Matter of CAROLINE D. HEWITT, Appellant and Respondent, against SPENCER E. BATES et al., Constituting the State Tax Commission, Respondents and Appellants.

In the Matter of CAROLINE D. HEWITT et al., Individually and as Copartners under the Name of 'MISS HEWITT'S CLASSES, Appellants, against SPENCER E. BATES et al., Constituting the State Tax Commission, Respondents.

Submitted June 1, 1948; decided June 11, 1948.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended to provide that the modification is also without costs in the Appellate Division. [See 297 N. Y. 239.]

ARTHUR BURTON, Appellant, *v.* AMERICAN BRIDGE CO., Respondent, et al., Defendants.

Submitted June 7, 1948; decided June 11, 1948.

Motion by respondent for reargument denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 993.]